IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR104 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONE L. GREEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue supervised release disposition hearing (Filing No. 60). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that the motion is granted; the hearing on the petitions for offender under supervision (Filing Nos. 48 and 51) is rescheduled for:

**Friday, November 6, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 30th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court