IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )            8:04CR104
                               )
        v.                     )
                               )
ANTONE L. GREEN,               )            ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on receipt of a report from the United States Probation Office advising the Court that the defendant has complied with the terms and conditions of his supervised release since the hearing on November 6, 2009, and in accordance with this Court's order of that date,

IT IS ORDERED that the order committing him to the custody of the Bureau of Prisons for a term of thirty (30) months is set aside and its order of revocation is amended to provide that defendant shall continue on supervised release under the terms and conditions previously imposed.

DATED this 11th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court