IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR104 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONE L. GREEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On September 26, 2011, the defendant appeared with counsel for a hearing on the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 76).  Defendant was represented by Glenn Shapiro.  Plaintiff was represented by Justin Dawson, Assistant United States Attorney.  Defendant admitted the allegations in the Petition.  The Court found the defendant to be in violation of his conditions of supervised release.  After allocation, the Court then proceeded to a dispositional hearing on the violations.  Accordingly,

IT IS ORDERED:

1)   The defendant is in violation of his supervised release.

2)   Defendant is sentenced to the custody of the Bureau of Prisons for a term of thirty (30) months, to run consecutively with the sentence imposed in 8:11CR38.

3) At the conclusion of the sentence, no further term of supervised release is imposed in this case.

DATED this 26th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____ day of _____, 201__.

_____Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

_____ UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

_____ UNITED STATES WARDEN

By: _____